**07 C 6993**

**JUDGE PALLMEYER**
**MAGISTRATE JUDGE COX**

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Country Mutual Insurance Company

**DEFENDANTS**
Michael Hogan, Jr., United States of America, and the United States Army Corps of Engineers

**(b)** County of Residence of First Listed Plaintiff: McLean County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: McHenry County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Purcell & Wardrope, Chtd.   (312) 427-3900
10 S. LaSalle St., Ste. 1200
Chicago, IL 60603

Attorneys (If Known)

## II. BASIS OF JURISDICTION
[X] 2 U.S. Government Defendant

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 110 Insurance

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
28 USC §2201 Declaration of No Insurance Coverage under Insurance Policy

## VII. PREVIOUS BANKRUPTCY MATTERS

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] No

## IX. This case
[X] is not a refiling of a previously dismissed action.

DATE: _____
SIGNATURE OF ATTORNEY OF RECORD
s/ Michael D. Sanders

**FILED**
**DECEMBER 12, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT