CEM

**FILED**
**DECEMBER 12, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6993**

In the Matter of

COUNTRY MUTUAL INSURANCE COMPANY,
v.
MICHAEL HOGAN, JR., UNITED STATES OF AMERICA,
and the UNITED STATES ARMY CORPS OF ENGINEERS

Case Number:

**JUDGE PALLMEYER**
**MAGISTRATE JUDGE COX**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Country Mutual Insurance Company

| | |
|---|---|
| NAME (Type or print) | |
| Thomas B. Underwood | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Thomas B. Underwood | |
| FIRM | |
| Purcell & Wardrope, Chtd. | |
| STREET ADDRESS | |
| 10 S. LaSalle St., Ste. 1200 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 3122933 | (312) 427-3900 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☑ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐