# United States District Court for the Northern District of Illinois

Case Number: 07CV6993                  Assigned/Issued By: J. N.

Judge Name:                            Designated Magistrate Judge:

## FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

## ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
    (Type of Writ)

3 Original and 3 copies on 12-27-07 as to MICHAEL B. MUKASEY,
                              (Date)
U.S. ATTNY GENERAL; U. S. ARMY CORPS OF ENGINEERS; U.S. OF AMERICA

C:\wpwin80\docket\feeinfo.frm    03/14/05