AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Country Mutual Insurance Company

CASE NUMBER: 07 C 6993

V.

ASSIGNED JUDGE: Rebecca R. Pallmeyer

Michael Hogan, Jr., United States of America, and the United States Army Corps of Engineers

DESIGNATED MAGISTRATE JUDGE: Susan E. Cox

TO: (Name and address of Defendant)

Michael Hogan, Jr.
6606 Barnard Mill Road
Ringwood, IL  60072

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael D. Sanders
Purcell & Wardrope, Chtd.
10 S. LaSalle Street, Suite 1200
Chicago, IL  60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

FEB 1 5 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | February 20, 2008 |
| NAME OF SERVER *(PRINT)* <br> Ronald B. Steffens | TITLE <br> Special Process Server |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served:   6616 Barnard Hill Rd., Ringwood, IL 60072

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    G  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   February 22, 2008   */s/ Ronald B. Steffens*
                Date                 Signature of Server

                                7 S. Lincoln St., Ste. 201
                                Hinsdale, IL 60521

                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.