UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COUNTRY MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | No. 07 C 6993 |
| v. | ) ) | |
| MICHAEL HOGAN, JR., UNITED STATES OF AMERICA, and UNITED STATES ARMY CORPS OF ENGINEERS, | ) ) ) ) | Judge Pallmeyer |
| Defendant. | ) | |

### NOTICE OF MOTION

To: Counsel of Record

    PLEASE TAKE NOTICE that on Tuesday, March 18, 2008 at 9:30 am at the opening of Court or as soon thereafter as counsel may be heard, I will appear before Judge Pallmeyer in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present **FEDERAL DEFENDANTS' MOTION TO DISMISS** at which time and place you may appear, if you see fit.

                                              Respectfully submitted,

                                              PATRICK J. FITZGERALD
                                              United States Attorney

                                              By: s/ Kurt N. Lindland
                                                  KURT N. LINDLAND
                                                  Assistant United States Attorney
                                                  219 South Dearborn Street
                                                  Chicago, Illinois 60604
                                                  (312) 353-4163
                                                  Kurt. Lindland@usdoj.gov

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**NOTICE OF MOTION**

**FEDERAL DEFENDANTS' MOTION TO DISMISS**

were served on March 11, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

                                      s/ Kurt N. Lindland
                                      KURT N. LINDLAND
                                      Assistant United States Attorney
                                      219 South Dearborn Street
                                      Chicago, Illinois 60604
                                      (312) 353-4163