# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer  RRP | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6993 | **DATE** | 3/18/2008 |
| **CASE TITLE** | Country Mutual Insurance Company vs. USA, et al | | |

**DOCKET ENTRY TEXT**

Federal Defendants' motion to dismiss [14] entered for briefing. Response to be filed by or on 4/15/2008; reply 4/29/2008. In the event of entry of a default order against Defendant Hogan, the court understands that Plaintiff's claims against the United States will be withdrawn voluntarily.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|