3567 MDS/TBU

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| COUNTRY MUTUAL INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>)     07 C 6993 |
| vs. | )<br>) |
| MICHAEL HOGAN, JR., UNITED STATES OF AMERICA, and the UNITED STATES ARMY CORPS OF ENGINEERS, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

### NOTICE OF MOTION

**TO:**   Kurt N. Lindland                           Michael Hogan, Jr.
UNITED STATES ATTORNEY'S OFFICE      6606 Barnard Mill Road
219 South Dearborn Street, Suite 500          Ringwood, Illinois 60072
Chicago, Illinois 60604

**YOU ARE HEREBY NOTIFIED** that on **Thursday, April 3, 2008** at **8:45 AM**, we shall appear before the Honorable Rebecca R. Pallmeyer in **Courtroom 2119** at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**, a copy of which is attached hereto and served upon you.

By:   /s/ Michael D. Sanders
Michael D. Sanders
Attorneys for Plaintiff,
COUNTRY MUTUAL INSURANCE COMPANY

PURCELL & WARDROPE, CHTD.
10 South LaSalle Street, Suite 1200
Chicago, IL 60603
Telephone:   (312) 427-3900
F:\MDS\3567 Hogan\Pleadings\NOM001.doc

## AFFIDAVIT OF MAILING

I, Sarah N. Johnson, being first duly sworn, upon oath, depose and state that affiant served a copy of the foregoing Notice of Motion and Documents electronically referenced herein to all attorneys of record, at their listed addresses, on **March 20, 2008.**

              /s/ Sarah N. Johnson


**THIS DOCUMENT HAS BEEN ELECTRONICALLY SERVED UPON:**
Kurt N. Lindland
UNITED STATES ATTORNEY'S OFFICE
219 South Dearborn Street, Suite 500
Chicago, Illinois 60604


**THIS DOCUMENT HAS BEEN MANUALLY SERVED *VIA CERTIFIED MAIL & U.S. MAIL* UPON:**
Michael Hogan, Jr.
6606 Barnard Mill Road
Ringwood, Illinois 60072


SUBSCRIBED AND SWORN to before

me this 20th day of March, 2008.

  /s/ Josefina Rojas
Notary Public

"OFFICIAL SEAL"
Josefina Rojas
Notary Public, State of Illinois
My Commission Expires June 6, 2011