## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6993 | **DATE** | 4/3/2008 |
| **CASE TITLE** | Country Mutual Insurance Company vs. Michael Hogan, et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for default judgment [17] granted. Judgment is entered in favor of Country Mutual Insurance Company and against Michael Hogan. Plaintiff Country Mutual Insurance Company has no obligation to defend or indemnify Mr. Hogan in the underlying lawsuit. On Plaintiff's oral motion, all federal defendants are dismissed without prejudice. Federal defendants' motion to dismiss [14] is stricken as moot. Civil case terminated.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | ETV |
|---|---|---|